**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SHIPMATRIX, INC., UNITED PARCEL SERVICES, INC. and FEDEX CORPORATION,<br><br>Defendants. | No. 07-cv-00415<br><br>Judge Joy Flowers Conti<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' ANSWER TO DEFENDANT**
**FEDEX CORPORATION'S COUNTERLCLAIMS**

Plaintiffs, ArrivalStar S.A. and Melvino Technologies Limited (collectively "Plaintiffs"), by and through their undersigned attorneys, hereby answer the counterclaims filed by Defendant FedEx Corporation's ("FedEx") on May 25, 2007:

**ANSWER TO COUNTERCLAIMS**

1. Defendant FedEx Corporation is a corporation organized under the laws of the State of Delaware and has a principal place of business at 942 South Shady Grove Road, Memphis, Tennessee 38120.

**RESPONSE**:

Admitted.

2. On information and belief, Plaintiff ArrivalStar s.a. is a corporation organized under the laws of Luxembourg, having offices at 67 Rue Michel, Welter L-2730, Luxembourg, and in this judicial district at 370 Easton Street, Hermitage, Pennsylvania 16148.

**RESPONSE**:

Admitted.

3. On information and belief, Plaintiff Melvino Technologies Limited is a

corporation under the laws of the British Virgin Island of Tortola, having offices at P.O. Box 3152, RG Hodge Building, Road Town, Tortola, British Virgin Islands, and in this judicial district at 370 Easton Street, Hermitage, Pennsylvania 16148.

**RESPONSE:**

Admitted.

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a), and 2201.

**RESPONSE:**

Admitted.

5. The Court has personal jurisdiction over Plaintiffs at least because Plaintiffs have availed themselves of this Court.

**RESPONSE:**

Admitted.

6. Venue is proper in this Court under 28 U.S.C. § 1391(b)-(c) because Plaintiffs reside in this district.

**RESPONSE:**

Admitted.

## FIRST COUNTERCLAIM

(For Declaratory Judgment of Non-Infringement)

7. FedEx realleges and incorporates herein by reference each and every preceding paragraph.

**RESPONSE:**

Plaintiffs incorporate by reference their answers to each and every preceding paragraph as though fully set forth herein.

8. In Paragraphs 13-14 of its Complaint, Plaintiffs have made general allegations that certain claims of U.S. Patent No. 6,904,359 ("the '359 patent"), U.S. Patent No. 6,748,318 ("the '318 patent"), and U.S. Patent No. 6,748,320 ("the '320 patent:") are infringed by FedEx through the use of its FedEx InSight notification

system.

**RESPONSE:**

Admitted that, based on their initial review and analysis of publicly available information concerning the FedEx InSight notification system, Plaintiffs have identified specific claims of U.S. Patent No. 6,904,359 ("the '359 patent"), U.S. Patent No. 6,748,318 ("the '318 patent"), and U.S. Patent No. 6,748,320 ("the '320 patent") that are infringed by FedEx through the use of its FedEx InSight notification system.

9. Plaintiffs' actions and allegations have created a case or controversy between FedEx and Plaintiffs.

**RESPONSE:**

Admitted.

10. FedEx is not infringing, and have not infringed, directly, by inducement, contributorily, or in any way, any valid and asserted claim of the '359, '318, and '320 patents.

**RESPONSE:**

Denied.

11. To resolve the legal and factual questions raised by Plaintiffs, and to afford relief from the uncertainty and controversy Plaintiffs' accusations have precipitated, FedEx is entitled to a declaratory judgment pursuant to 28 U.S.C. § 2201 that the accused FedEx methods and systems do not infringe any valid and asserted claim of the '359, '318, and '320 patents.

**RESPONSE:**

Denied.

## SECOND COUNTERCLAIM

(For Declaratory Judgment of Invalidity)

12. FedEx realleges and incorporates herein by reference and every preceding paragraph.

**RESPONSE:**

Plaintiffs incorporate by reference their answers to each and every preceding paragraph as though fully set forth herein.

13. The asserted claims of the ‘359, ‘318, and ‘320 patents are invalid, *inter alia,* for at least one of the following reasons: they are anticipated under 35 U.S.C. § 102; they would have been obvious under 35 U.S.C. § 103; they fail to comply with one or more of the requirements of 35 U.S.C. § 112; or the specification fails to comply with 35 U.S.C. § 112, first paragraph.

**RESPONSE:**

Denied.

14. To resolve the legal and factual questions raised by Plaintiffs, and to afford relief from the uncertainty and controversy Plaintiffs' accusations have precipitated, FedEx is entitled to a declaratory judgment pursuant to 28 U.S.C. § 2201 that claims of the ‘359, ‘318, and ‘320 patents are invalid.

**RESPONSE:**

Denied.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that FedEx be denied all the relief requested in its counterclaims and Plaintiffs receive all the relief requested in their Complaint.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs request a trial by jury on all issues presented that can properly be tried by a jury.

Dated: June 14, 2007

By:/s/ Richard A. Swanson
Richard A. Swanson
PA ID No. 83868
DEL SOLE CAVANAUGH STROYD LLC
The Waterfront Building
200 First Avenue, Suite 300
Pittsburgh, Pennsylvania 15222
Phone: (412) 535-0540
Facsimile: (412) 261-2110

- and -

Raymond P. Niro
Sally Wiggins
Matthew G. McAndrews
Douglas M. Hall
Nicholas M. Dudziak
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Ste. 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Facsimile: (312) 236-3137

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of **PLAINTIFFS' ANSWER TO DEFENDANT FEDEX CORPORATION'S COUNTERLCLAIMS** was served upon all counsel of record via electronic filing or U.S. Mail, first-class postage prepaid, on June 14, 2007.

Frederick W. Thieman, Esq.
THIEMAN & WARD
436 Seventh Avenue
Suite 2312
Pittsburgh, Pennsylvania 15219
Direct: (412) 395-1245
Firm: (412) 395-1246
Email: fwt@thiemanward.com

Jeffrey A. Berkowitz, Esq.
Beth Z. Shaw, Esq.
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
11955 Freedom Drive
Reston, Virginia 20190-5675
Phone: (571) 203-2700
Email: jeffrey.berkowitz@finnegan.com
Email: beth.shaw@finnegan.com

Scott J. Popma, Esq.
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Phone: (202) 408-4000
Email: scott.popma@finnegan.com

**Attorneys for Defendant FedEx Corporation**

Kirsten R. Rydstrom, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
Phone: (412) 288-7284
Email: krydstrom@reedsmith.com

**Attorneys for Defendant United Parcel Services, Inc.**

/s/Richard A. Swanson
Richard A. Swanson