UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,

Plaintiffs,

v.

SHIPMATRIX, INC., UNITED PARCEL SERVICES, INC. and FEDEX CORPORATION,

Defendants.

CASE NO. 07-0415

Honorable Joy Flowers Conti

JURY TRIAL DEMANDED

**PLAINTIFFS' ANSWER TO DEFENDANT**
**UNITED PARCEL SERVICES, INC.'S COUNTERCLAIMS**

Plaintiffs, ArrivalStar S.A. and Melvino Technologies Limited (collectively, "Plaintiffs"), by and through their undersigned attorneys, hereby answer the counterclaims filed by Defendant, United Parcel Services, Inc. ("UPS"), on November 5, 2007:

## COUNTERCLAIMS

### Nature and Basis of Action

1. UPS seeks declarations that: (i) UPS does not infringe, either directly or indirectly, any valid claim of U.S. Patent No. 6,904,359 ("the '359 patent"), which issued on June 7, 2005; U.S. Patent No. 6,748,318 ("the '318 patent"), which issued on June 8, 2004; and U.S. Patent No. 6,748,320 ("the '320 patent") which issued on June 8, 2004, (collectively, the "patents-in-suit") and (ii) each of the claims of the '359, '318, and '320 patents are invalid pursuant to 35 U.S.C. §§ 101, 102, 103 and/or 112.

**RESPONSE**:

Admitted, that UPS seeks declarations as set forth in paragraph 1 of UPS's

counterclaims.

## Parties

2. UPS is incorporated under the laws of Delaware and has its principal place of business at 55 Glenlake Parkway, N.E., Atlanta, Georgia 30328.

**RESPONSE**:

Admitted.

3. Upon information and belief, ArrivalStar S.A. is incorporated under the laws of Luxembourg, and has offices at 67 Rue Michel, Welter L-2730, Luxembourg.

**RESPONSE**:

Admitted.

4. Upon information and belief, Melvino Technologies Limited is incorporated under the laws of the British Virgin Island of Tortola, and has offices at P.O. Box 3152, RG Hodge Building, Road Town, Tortola, British Virgin Islands.

**RESPONSE**:

Admitted.

## Jurisdiction and Venue

5. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331, 1332 and 1338, and the Declaratory Judgment Act, 28 U.S.C. § 2201 and 2202.

**RESPONSE**:

Admitted.

6. UPS's counterclaims do not include a numbered paragraph 6.

7. This Court has personal jurisdiction over ArrivalStar at least because ArrivalStar has submitted to the jurisdiction of this Court by brining the instant action.

**RESPONSE**:

Admitted.

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

**RESPONSE**:

Admitted.

**Facts Giving Rise to This Action**

9. ArrivalStar S.A. and Melvino Technologies Limited purport to own all right, title and interest in the ’359, ‘318, and ‘320 patents.

**RESPONSE**:

Admitted.

10. ArrivalStar has incorrectly asserted the UPS has directly or indirectly infringed and/or continues to infringe one or more claims of each of the patents-in-suit.

**RESPONSE**:

Denied.

11. UPS has not and does not infringe, either directly or indirectly, any valid and enforceable claim of the patents-in-suit.

**RESPONSE**:

Denied.

12. The patents-in-suit are invalid.

**RESPONSE**:

Denied.

13. Based on the foregoing, an immediate and justiciable controversy exists between ArrivalStar and UPS regarding the noninfringement and invalidity of the ‘359, ‘318, and ‘320 patents.

**RESPONSE**:

Admitted.

**COUNT I**

**Declaration of Non-Infringement**

14. UPS reasserts and incorporates by reference the allegations of Paragraphs 1 through 13 of its Counterclaims as if fully set forth herein.

**RESPONSE:**

Plaintiffs incorporate by reference their answers to each and every preceding paragraph as though fully set forth herein.

15. ArrivalStar has asserted that certain systems that UPS makes, sells and/or offers to sell in the United States infringe, either directly or indirectly, the ‘359, ‘318 and ‘320 patents.

**RESPONSE:**

Admitted that, based on their initial review and analysis of publicly available information concerning UPS, Plaintiffs have identified specific claims of U.S. Patent No. 6,904,359 (“the ‘359 patent”), U.S. Patent No. 6,748,318 (“the ‘318 patent”), and U.S. Patent No. 6,748,320 (“the ‘320 patent”) that are infringed by UPS.

16. UPS does not infringe, either directly or indirectly, any valid and enforceable claim of the ‘359, ‘318 and ‘320 patents.

**RESPONSE**:

Denied.

17. An actual and justiciable controversy exists between ArrivalStar and UPS as to whether pursuant to the Patent Act, 35 U.S.C. § 1, *et seq.*, UPS infringes, either directly or indirectly, any valid and enforceable claim of the ’359, ‘318, and ‘320 patents.

**RESPONSE**:

Admitted.

18. UPS is entitled to a judicial declaration that it has not and does not infringe, either directly or indirectly, any valid and enforceable claim of the ‘359, ‘318 or ‘320 patents.

**RESPONSE**:

Denied.

**COUNT II**

**Declaration of Invalidity**

**Under 35 U.S.C. §§ 101, 102, 103, 112**

19. UPS reasserts and incorporates by reference the allegations of Paragraphs 1 through 18 of its Counterclaims as if fully set forth herein.

**RESPONSE:**

Plaintiffs incorporate by reference their answers to each and every preceding paragraph as though fully set forth herein.

**RESPONSE**:

Denied.

20. The ’359, ‘318, and ‘320 patents are invalid under one or more sections of the Patent Act, 35 U.S.C. § 1 *et seq.,* including, but not limited to, 35 U.S.C. §§ 101, 102, 103, and/or 112.

**RESPONSE**:

Denied.

21. An actual and justiciable controversy exists between ArrivalStar and UPS as to the validity of the ’359, ‘318, and ‘320 patents.

**RESPONSE**:

Admitted.

22. UPS is entitled to a judicial declaration and order that the ‘359, ‘318 and ‘320 patents are invalid.

**RESPONSE**:

Denied.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray that UPS be denied all the relief requested in its

counterclaims and Plaintiffs receive all the relief requested in their Complaint.

**JURY DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs request a trial by jury on all issues presented that can properly be tried by a jury.

Dated: November 26, 2007

By:/s/ Richard A. Swanson

Richard A. Swanson
PA ID No. 83868
DEL SOLE CAVANAUGH STROYD LLC
The Waterfront Building
200 First Avenue, Suite 300
Pittsburgh, Pennsylvania 15222
Phone: (412) 535-0540
Facsimile: (412) 261-2110

-and-

Raymond P. Niro
Sally Wiggins
Matthew G. McAndrews
Douglas M. Hall
Nicholas M. Dudziak
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Ste. 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Facsimile: (312) 236-3137

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, I electronically filed the foregoing **PLAINTIFFS' ANSWER TO DEFENDANT UNITED PARCEL SERVICE, INC.'S COUNTERLCLAIMS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Richard A. Swanson
Richard A. Swanson

Dated: November 26, 2007