IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLEGIES LIMITED, | ) ) ) | Civil Action No. 07-0415-JFC |
| Plaintiffs, | ) ) | |
| v. | ) ) | Filed Electronically |
| SHIPMATRIX, INC., UNITED PARCEL SERVICES, INC. and FEDEX CORPORATION, | ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION TO DISMISS
## AS TO CLAIMS OF PLAINTIFFS AND DEFENDANT FEDEX CORPORATION

Upon consideration of the Joint Motion to Dismiss as to Claims of Plaintiffs and Defendant FedEx Corporation, IT IS HEREBY ORDERED the claims of Plaintiffs against FedEx are dismissed with prejudice and the claims of FedEx against Plaintiffs are dismissed without prejudice. Each party to the subject motion shall bear its own costs, expenses and attorneys fees incurred in the action.

SO ORDERED, this 21st day of October, 2008.

/s/ Joy Flowers Conti
The Honorable Joy Flowers Conti
United States District Judge