IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, | ) ) ) | Civil Action No. 07-0415-JFC |
| Plaintiffs, | ) ) | |
| v. | ) ) | Filed Electronically |
| SHIPMATRIX, INC., UNITED PARCEL SERVICES, INC. and FEDEX CORPORATION, | ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING JOINT MOTION TO DISMISS AS TO CLAIMS
OF PLAINTIFFS AND DEFENDANT UNITED PARCEL SERVICE, INC.**

Upon consideration of the Joint Motion to Dismiss as to Claims of Plaintiffs and Defendant United Parcel Service, Inc. ("UPS"), IT IS HEREBY ORDERED the claims of Plaintiffs against UPS are dismissed with prejudice and the claims of UPS against Plaintiffs are dismissed without prejudice. Each party to the subject motion shall bear its own costs, expenses and attorneys fees incurred in the action.

SO ORDERED, this 25th day of November, 2008.

/s/ Joy Flowers Conti
The Honorable Joy Flowers Conti
United States District Judge